FILED
 2009 Dec-28  PM 12:06
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHIRLEY BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **5:07-cv-02119-CLS** |
| **JACOBS ENGINEERING GROUP,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Comes now, Shirley Brown, by and through counsel, and gives notice of her appeal to the United States Courts of Appeals for the Eleventh Circuit from the Court's opinion granting summary judgment [Doc. 52] and the orders denying Plaintiff's Motion to Compel. [Doc 26, 29].

                                           Respectfully submitted,

                                           <u>s/Lee Winston</u>
                                           Lee Winston
                                           Attorney for Plaintiff

**OF COUNSEL:**

**WINSTON COOKS, LLC**
2 North 20th Street, Ste. 1330
Birmingham, Alabama  35203
(205) 502-0940
(205) 278-5876 – facsimile
E-mail:  lwinston@winstoncooks.com


## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served by the ELECTRONIC FILING SYSTEM to counsel of record:

>Marion F. Walker, Esq.
>FORD & HARRISON LLP
>2100 3rd Avenue North, Ste. 400
>Birmingham, Alabama  35203

DONE this the **28th** day of December 2009.


s/Lee Winston
OF COUNSEL